FILED ✗    ___ LODGED
___ RECEIVED    ___ COPY

AUG 2 7 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MPA INTERNATIONAL, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> IVANA TRUMP, <br><br> Defendant. | No. CV-02-2588-PHX-FJM <br><br> **ORDER** |

Pursuant to the parties' stipulation, IT IS ORDERED dismissing this action with prejudice each party to bear their own costs and attorney fees.

DATED this 26 day of August, 2003.

Frederick J. Martone
United States District Judge